IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
DEC - 6 2002
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

Wilburn, Plaintiff,

vs.

Harry Owen Trucking, et al., Defendant.

Case No. CIV- 02-1428-F

August 2003 Trial Docket

DOCKETED

## SCHEDULING ORDER

Date 12-6-02    Judge Stephen P. Friot    Clerk Lori Gray

Appearing for Plaintiff Eric Eissenstat, Nick Wilson

Appearing for Defendant Wayne Mills

Jury Trial Demanded  X    Non-Jury Trial _____

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

1. Motions to join additional parties to be filed by 1-3-03.

2. Motions to amend pleadings to be filed by 1-3-03.

3. (a) Plaintiff to submit to defendant **final** list of **expert witness(es) in chief and expert reports** by 05-01-03.*

   (b) Defendant to submit to plaintiff **final** list of **expert witness(es) in chief and expert reports** 20 days thereafter.*

4. (a) Plaintiff to submit to defendant **final** list of **witnesses** in chief, including expert witnesses, together with addresses and brief summary of expected testimony where witness has not already been deposed by 06-01-03.*

   (b) Defendant to submit **final** list of **witnesses** (as described above) 10 days thereafter.*

5. (a) Plaintiff to submit to defendant **final exhibit** list and any exhibits not previously submitted by 06-01-03.*

   (b) Defendant to submit **final exhibit** list 10 days thereafter.*

*[The exchange of witnesses and exhibits shall be by letter with two copies of the letter of transmittal to be submitted to the Clerk of this Court for filing. Except for good cause shown, no witness shall be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was listed in the letter of transmittal.]

6. Discovery to be completed by 07-15-03.

7. All dispositive **and Daubert** motions to be filed by 06-01-03.

8. Trial docket August 2003.**

**[Trial dockets generally begin the second Monday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.]

9. Motions in limine (other than Daubert motions, which are due when required by par. 7, above) to be filed by 08-01-03. Responses due 5 days thereafter.

10. Required voir dire to be filed by ___08-01-03___.

11. Trial briefs to be filed by ___08-01-03___.

12. Requested jury instructions to be filed on or before ___08-01-03___.***

13. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than _____.***

***[The parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law not only in paper form for filing, but also on a 3½-inch diskette in a court compatible Word Perfect format. The disk should be placed in an envelope and attached to the COPY of the jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, when filing.]

14. Any objections to the above trial submissions to be filed 5 days thereafter.

15. Final pretrial report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), to be filed no later than ___08-01-03___. A proposed order approving the report shall be submitted therewith.

16. This case is referred to the following ADR/settlement process
    _____ by agreement of the parties:
    _____ by Order/Approval of the Court:

    (a) _____ Mediation
    (b) _____ Early Neutral Evaluation
    (c) _____ Non-Binding Arbitration:   _____ Mandatory   _____ Consensual
        _____ Exempted by Court
    (d) _____ "Cost Reduction Trial Track"
    (e) _____ Other _____

    The session or hearing shall be held by _____;
    parties to submit selection order by _____.

17. A judicial settlement conference before a magistrate judge will be scheduled in every case before the scheduled trial date.

18. _____ The parties consent to trial by a magistrate judge.

19. Voluntary disclosure pursuant to LCvR26.2 has been made _____;
    is excused _____; or shall be made no later than _____.

20. A. Note that the discovery completion date is well after the deadline for Daubert motions and dispositive motions. Be sure to complete your discovery relevant to Daubert and dispositive motions well before the deadline for those motions.

    B. **THE INTERVAL BETWEEN THE DISPOSITIVE MOTION DEADLINE (¶7) AND THE TRIAL DOCKET (¶8) IS RELATIVELY INFLEXIBLE. AN EXTENSION OF TIME TO FILE (OR RESPOND TO) A MOTION FOR SUMMARY JUDGMENT WILL LIKELY AFFECT THE TRIAL SETTING.**

    C. Other: _Pltfs. are granted leave to amend the complaint to add_ _as defts. the Estate of Michael T. Carey + any other parties associated therewith._

BY ORDER OF THE COURT
ROBERT D. DENNIS, CLERK

By: _Lori Gray_
    Deputy Clerk