IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUN - 3 2003

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

| | |
|---|---|
| GARY WILBURN and LINDA WILBURN individually and as next of kin of Orbie DeWayne Wilburn, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRY OWEN TRUCKING, INC., a foreign corporation, and GREAT WEST CASUALTY CO., KATHLEEN CAREY, Administratrix of The Estate of Michael T. Carey, Deceased; Carey Trucking, Inc., a foreign corporation; and EMPIRE FIRE AND MARINE INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. CIV-02-1428 F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DOCKETED**

### ORDER

Now on this ___3rd___ day of ___June___, 2003, the above captioned matter comes before this Court on Defendants' Motion to Strike hearing in regard to Plaintiffs' Motion to Compel hearing set on June 4, 2003 to allow counsel for the Plaintiff's to review the documents produced. Said Motion to be reset upon application of the Plaintiff's if necessary.

The Court being fully advised that the undersigned parties mutually agree to the Motion to Strike, find and orders as follows: **MOTION GRANTED.** *SPF*

**IT IS THEREFORE ORDERED AND EXECUTED** this ___3rd___ day of ___JUNE___, 2003.

_____
HONORABLE JUDGE OF THIS COURT

29

**APPROVED:**

*[signature]*

W. WAYNE MILLS, OBA #10405
THE MILLS LAW FIRM
211 N. Robinson, Ste. 500
One Leadership Square
Oklahoma City, OK 73102
(405) 239-2501-t (405) 239-2575-f

*[signature]*

ERIC S. EISSENSTAT, OBA #10282
FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS
100 N. Broadway, Ste. 1700
Bank One Tower
Oklahoma City, OK 73102
(405) 232-0621-t (405) 232-9659-f

159.210
Wilburn:Protective Order
WWM:sdk
6.2.03