IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

AUG 1 8 2003

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____DEPUTY

GARY WILBURN and LINDA WILBURN, )
individually and as next of kin of )
Orbie De Wayne Wilburn, Deceased, )
)
Plaintiffs, )
)
v. ) No. CIV-02-1428-F
)
HARRY OWEN TRUCKING, INC., a foreign )
corporation; GREAT WEST CASUALTY CO., )
KATHLEEN CAREY, Administratrix of the Estate )
MICHAEL T. CAREY, Deceased; and CAREY )
TRUCKING, INC., a foreign corporation. )
)
Defendants. )

**DOCKETED**

## AGREED ORDER

NOW on this 15th day of August, 2003, Plaintiffs, Gary and Linda Wilburn,

individually and as next of kin of Orbie De Wayne Wilburn, Deceased, appearing by and through

their attorney of record, K. Nicholas Wilson, OBA #9735, and the Office of the Chief Medical

Examiner, appearing by and through Assistant Attorney General Gretchen Zumwalt-Smith, request

that:

> An Order be entered directing the Office of the Chief Medical
> Examiner to produce toxicology specimens for outside testing
> concerning the death of Michael T. Carey. These specimens are to be
> sent to National Medical Services, Attn: Forensics, at 3701 Welch
> Road, Willow Grove, Pennsylvania 19090. And further, that said
> specimens be produced on or before the 19th day of August, 2003, and
> as provided by State Statutes.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

> An Order be entered directing the Office of the Chief Medical
> Examiner to produce toxicology specimens for outside testing
> concerning the death of Michael T. Carey. These specimens are to be



sent to National Medical Services, Attn: Forensics, at 3701 Welch Road, Willow Grove, Pennsylvania 19090. And further, that said specimens be produced on or before the 19th day of August, 2003, and as provided by State Statutes.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all Subpoenas, Motions, and Orders in the above captioned lawsuit pending before this Court in which the Office of the Chief Medical Examiner is an interested party shall be rendered moot by this Order.

_____
STEPHEN P. FRIOT
Judge of the District Court

Approved:

_____
Gretchen Zumwalt-Smith
Assistant Attorney General
4545 N. Lincoln Blvd., #260
Oklahoma City, OK 73105
Telephone: (405) 521-4274
Facsimile:    (405) 528-1867

Attorney for Chief Medical Examiner

_____
Eric S. Eissenstat, OBA #10282
K. Nicholas Wilson, OBA #9735
FELLERS, SNIDER, BLANKENSHIP,
    BAILEY & TIPPENS
Bank One Tower
100 North Broadway, Suite 1700
Oklahoma City, OK  73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659

Attorneys for Plaintiffs

_____
Wayne Mills, OBA #10405
THE MILLS LAW FIRM
One Leadership Square, Suite 500
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 239-2501
Facsimile:  (405) 239-2575

Attorneys for Harry Owen Trucking, Inc. and
Great West Casualty Co.


            -and-


Tom Cooper, KBA #14707
215 North Mulberry Street
Elizabethtown, KY   42701-1473
Telephone:  (270) 769-1410
Facsimile:  (270) 765-4525

Co-Counsel for Defendant Harry Owen Trucking, Inc.


_____
Cary E. Hiltgen, Esq.
Brock C. Bowers, Esq.
Hiltgen & Brewer
One Benham Place, Suite 800
Oklahoma City, OK   73114-7401

Attorneys for Kathleen Carey, Administratrix of
the Estate of Michael Carey and Carey Trucking, Inc


219830.1