IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
OCT 17 2003
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA
BY_____ DEPUTY

GARY WILBURN and LINDA WILBURN, )
individually and as next of kin of )
Orbie De Wayne Wilburn, Deceased, )
　)
Plaintiffs, )
　)
v. ) No. CIV-02-1428-F
　)
HARRY OWEN TRUCKING, INC., a foreign )
corporation; GREAT WEST CASUALTY CO., )
KATHLEEN CAREY, Administratrix of the Estate )
MICHAEL T. CAREY, Deceased; and CAREY )
TRUCKING, INC., a foreign corporation, )
　)
Defendants. )

**UNOPPOSED MOTION TO STRIKE SETTLEMENT CONFERENCE**

Plaintiffs respectfully request the Court strike the settlement conference which is set for Monday, October 20, 2003. The parties have reached a settlement in principle, subject to the execution of a definitive settlement agreement, payment of settlement funds, closing of the settlement, and filings of dismissal. The parties expect the settlement will close, agreements executed and payment of funds will take place within the next ten (10) days. As a result, the Plaintiffs request the Court to strike the settlement conference as moot. This application is unopposed.

Eric S. Eissenstat, OBA #10282
K. Nicholas Wilson, OBA #9735
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820
Telephone: (405) 232-0621
Facsimile: (405) 232-9659

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on this __17__ day of October, 2003, a true and correct copy of the above and foregoing was mailed, postage prepaid, to:

W. Wayne Mills, Esq.
Sara G. Murphy, Esq.
The Mills Law Firm
119 North Robinson, Suite 500
Oklahoma City, OK 73102

    Attorneys for Harry Owen Trucking, Inc. and
    Great West Casualty Co.

Tom Cooper, Esq.
215 North Mulberry Street
Elizabethtown, KY 42701-1473

    Counsel for Harry Owen Trucking, Inc.

Cary E. Hiltgen, Esq.
Brock C. Bowers, Esq.
Hiltgen & Brewer
One Benham Place, Suite 800
9400 North Broadway Extension
Oklahoma City, OK 73114-7401

    Attorneys for Kathleen Carey, Administratrix of
    the Estate of Michael Carey and Carey Trucking, Inc.

    _____
    Eric S. Eissenstat

230080.1